UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3549 FMO (VBKx) | Date | **December 29, 2016** |
|---|---|---|---|
| Title | **Edgar Garcia v. County of Los Angeles** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

On November 28, 2016, the court granted plaintiff until December 22, 2016, to file a motion for class certification and preliminary approval of settlement. (See Dkt. 28, Court's Order of November 28, 2016). As of the date of this Order, no motion has been filed. Accordingly, IT IS ORDERED THAT:

1. Plaintiff shall have one final opportunity to file a Motion for Class Certification and Preliminary Approval of Settlement Agreement by no later than **Wednesday, January 4, 2017**.

2. Plaintiff is admonished that failure to file a Motion by the above deadline shall result in dismissal of the case for failure to prosecute and/or to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)

|  | 00 : 00 |
|---|---|
| Initials of Preparer | VDR |