JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGAR GARCIA, individually and on behalf of all others similarly situated, | Case No. CV 15-3549 FMO (VBKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, | |
| Defendant. | |

Pursuant to the Court's Order Re: Final Approval of Collective Action Settlement; Approval of Attorney's Fees, Costs & Incentive Award ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiff Edgar Garcia, as class representative for settlement purposes, shall be paid an incentive payment of $5,000 in accordance with the terms of the Settlement Agreement.

2. Class counsel Solomon E. Gresen and Jack Risemberg of RGLawyers, LLP shall be paid $318,750 in attorney's fees, and $5,828 in costs, in accordance with the terms of the Settlement Agreement and the Order.

3. The Claims Administrator, ILYM Group, Inc., shall be paid $16,500 for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

4. All collective action class members who submitted a valid and completed Claim and

Release Form have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5. This action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 21st day of May, 2018.

                                                /s/
                               Fernando M. Olguin
                         United States District Judge